IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:08CR73

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| VS. | ) | O R D E R |
| | ) | |
| ALEJANDRO FLORES and NEREYDA MENDEZ | ) | |

**THIS MATTER** is before the Court *sua sponte* for a continuance of the hearing on Defendants' motion to suppress, originally scheduled for August 13, 2008.

The hearing is hereby continued until **TUESDAY, AUGUST 19TH, 2008, AT 2:00 PM**. The hearing will take place in Courtroom 1, United States Courthouse, 100 Otis Street, Asheville, NC.

**IT IS SO ORDERED.**

Signed: August 14, 2008

Lacy H. Thornburg
United States District Judge